

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00886-CR

Jimmy **TURNER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6595B
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief was originally due June 16, 2014; however, the court granted appellant an extension of time to file the brief until July 23, 2014. The brief has not been filed.

We **order** appellant's counsel to e-file the brief by **August 4, 2014**. Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances. Any request for a further extension of time must (1) show extraordinary circumstances, (2) advise the court of the efforts counsel has expended in preparing the brief, and (3) provide the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

Counsel is further advised that if the brief or a conforming motion is not filed by the date ordered, the appeal will be abated and the court will remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court